UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRINE, CORP. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STX, L.L.C., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-11094-MLW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brine Corp., ("Brine") by counsel, and Defendant STX, L.L.C., ("STX") by counsel, subject to approval of the Court, Stipulate to the Dismissal with Prejudice of all claims and counterclaims in this case.

| STX, L.L.C. | BRINE, CORP. |
|---|---|
| *By its attorney* | *By its attorneys* |
| /s/ Christopher A. Callanan | Roland H. Schwillinski |
| Christopher A. Callanan | Roland H. Schwillinski (BBO#633086) |
| CAMPBELL, CAMPBELL, | GOODWIN PROCTER LLP |
| EDWARDS & CONROY, PC | Exchange Place |
| One Constitution Plaza | 53 State Street |
| Boston, MA  02129 | Boston, MA  02109 |
| 617-241-3057 (tel.) | 617-570-1000 (tel.) |
| 617-241-5115 (fax) | 617-532-1232 (fax) |
| ccallanan@campbell-trial-lawyers.com | RSchwillinski@goodwinprocter.com |

Of Counsel:
DICKINSON WRIGHT PLLC
John A. Artz
John S. Artz
Steven W. Hayes
38525 Woodward Ave., Suite 2000
Bloomfield Hills, MI  48304
248-433-7200

Dated:  October 26, 2007

**Court Approval and Order**

Upon consideration of the foregoing, this Stipulation of Dismissal with Prejudice of all Claims and Counterclaims in this Case is approved this 29th day of October, 2007 and the Dismissal with Prejudice is hereby Ordered, each party to bear its own costs.

 /s/ Mark L. Wolf
Mark L. Wolf, U.S.D.J.

2